IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| FFB, LLC, | ) |
|    *Plaintiff / Counter-Defendant*, | ) |
| v. | ) Civil Action No. |
| | ) 2:24-cv-00004-JKW-DEM |
| VACATIA, INC., | ) |
|    *Defendant / Counter-Plaintiff.* | ) |

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Section XVI of the Scheduling Order (Doc. 23, p. 7), the parties hereby inform the Court that they have reached a settlement agreement that resolves all claims and counterclaims asserted in this action.

Under the settlement terms, a stipulation of dismissal will be filed once the payment is made, and payment is due by April 19, 2024. Under Section XVI of the Scheduling Order, "the Court may enter an order dismissing the case with prejudice and retaining jurisdiction to enforce the settlement" if "an endorsed notice of dismissal is not filed within 11 calendar days after receipt of the notice of settlement." In light of the payment deadline of April 19, 2024, the parties respectfully request until April 22, 2024 to file a stipulation of dismissal.

Further, the parties respectfully ask the Court to hold in abeyance the pending motions on the docket. (Docs. 21, 25).

Dated: April 3, 2024                                    Respectfully submitted,

                                                                                  **VACATIA, INC.**

                                                                                  */s/ Kang He*

    Richard D. Holzheimer, Jr. (VSB No. 40803)
    Kang He (VSB No. 89237)
    **MCGUIREWOODS LLP**
    1750 Tysons Boulevard, Suite 1800
    Tysons, Virginia 22102
    Telephone: (703) 712-5000
    Facsimile:  (703) 712-5268
    rholzheimer@mcguirewoods.com
    khe@mcguirewoods.com

    *Counsel for Vacatia, Inc.*

    **FFB, LLC**

    By: /s/ *Clark J. Belote*
    Kristan B. Burch (VSB No. 42640)
    Clark J. Belote (VSB No. 87310)
    KAUFMAN & CANOLES, P.C.
    150 West Main Street, Suite 1900
    Norfolk, VA 23510
    Phone: (757) 624-3000
    Fax: (888) 360-9092
    Email: kbburch@kaufcan.com
    Email: cjbelote@kaufcan.com

    *Counsel for FFB, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ *Kang He*
Kang He (VSB No. 89237)